IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES F. SCOTT, | No. C 09-01165 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Having reviewed the case file, the Court notes that the answer to the complaint was filed on July 13, 2009. Pursuant to Civil Local Rule 16-5, plaintiff should have filed a motion for summary judgment within 30 days.

The Court hereby issues an **ORDER TO SHOW CAUSE** why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If plaintiff fails to file a written response to this order to show cause by **OCTOBER 15, 2009**, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 25, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE