United States District Court

For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7
8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10

MERCEDES F. SCOTT,                                No. C 09-01165 WHA

11

      Plaintiff,

12

  v.                                            **ORDER SETTING NEW**
                                                  **BRIEFING SCHEDULE**

13

MICHAEL J. ASTRUE,
COMMISSIONER OF

14

SOCIAL SECURITY,

15

      Defendant.

16
                              /

17

      The Court has received plaintiff's letter responding to the order to show cause.  Because

18

plaintiff has sufficiently explained why she did not file her summary judgment motion earlier, the

19

deadline is hereby extended to **NOVEMBER 20, 2009**.  If no motion is filed by this date, the case

20

shall be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil

21

Procedure.

22

      By that time, plaintiff must submit a detailed written explanation of why she believes the

23

conclusions of the Administrative Law Judge (1) were not supported by substantial evidence,

24

(2) contained errors of law, or (3) demonstrated an abuse of discretion.  Plaintiff may, but need

25

not, submit new evidence in support of her summary judgment motion, as our review of the ALJ's

26

decision will be based on the administrative record.

27

      After plaintiff files her summary judgment motion, defendant will then have thirty days to

28

file an opposition. Plaintiff should be aware that she will need to respond with a reply brief

within fourteen days of defendant's opposition.  The matter will then be deemed submitted for

1  consideration without oral argument.  Plaintiff is further advised to seek legal representation to

2  help her during this process.

3

4      **IT IS SO ORDERED.**

5

6  Dated:  October 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2